UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                         09-CR-522(SJ)

VICENTE CARRILLO FUENTES,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney David Lizmi from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney David Lizmi
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 4th Floor
    Brooklyn, New York 11201
    Tel:  (718) 254-7010
    Fax: (718) 254-6076
    Email: David.Lizmi@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney David Lizmi at the email address set forth above.

Dated: Brooklyn, New York
July 16, 2019

                                                Respectfully submitted,

                                                RICHARD P. DONOGHUE
                                                United States Attorney

By:   /s/ David Lizmi
        David Lizmi
        Assistant U.S. Attorney

cc: Clerk of the Court (SJ) (via ECF)