

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EDP/MG/KPO  *271 Cadman Plaza East*
F. #2009R01035  *Brooklyn, New York 11201*

March 18, 2025

By ECF

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Vicente Carrillo Fuentes
           Criminal Docket No. 09-522 (JMA)

Dear Judge Azrack:

      The government writes on behalf of the parties to respectfully request an adjournment of the March 25, 2025, status conference to April 23, 2025 at 10:00 am, and to exclude time under the Speedy Trial Act. The parties respectfully submit that an adjournment and the exclusion of time are in the interests of justice, because they will facilitate the production of discovery and afford the parties time to discus a potential resolution of the case. See 18 U.S.C. § 3161(h)(7)(A).

                              Respectfully submitted,

                              JOHN J. DURHAM
                            United States Attorney

              By:       /s/
                      Erik D. Paulsen
                      Miranda Gonzalez
                      Katherine P. Onyshko
                      Assistant U.S. Attorneys
                      (718) 254-7000

cc:     Clerk of Court (JMA) (by ECF)
         Counsel of Record (by ECF)