BEFORE: JOAN M. AZRACK  DATE: 4/23/2025 **(Brooklyn)**
UNITED STATES DISTRICT JUDGE  TIME: 10:10 AM (10 min)

# CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 09-cr-522 (JMA)**

**FILED
CLERK**
4/23/2025 11:49 am
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT: Vincente Carillo Fuentes   DEF. #: 1**
☒ Present   ☐ Not present   ☒ Custody   ☐ Bail
**DEFENSE COUNSEL: Kenneth Montgomery**
☐ Federal Defender   ☒ CJA   ☐ Retained

**AUSA: Erik Paulsen, Katherine Onyshko, Miranda Gonzalez**

INTERPRETER: Mario Michelena

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Nicole Sesta   COURTROOM DEPUTY: LMP

☒   Case Called.   ☒   Counsel present for all sides.
☐   All parties consent to appear telephonically.
☐   Initial Appearance and Arraignment held.
☐   Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒   Waiver of speedy trial executed; time excluded from 4/23/2025 through 6/24/2025.
☐   Order setting conditions of release and bond entered.
☐   Permanent order of detention entered.
☐   Temporary order of detention entered.
     ☐ Detention hearing scheduled for  .
☐   Bail hearing held. Disposition:
☒   Next court appearance scheduled on 6/24/2025 at 11:00 AM before Judge Azrack in Courtroom 8D S of the Brooklyn Courthouse.

Defendant   ☐   Released on Bond   ☒   Remains in Custody.

OTHER: