UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                                :

                                *Plaintiff,*                 :        **09 Cr. 522 (JMA)**

                - against -                           :        **<u>NOTICE OF APPEARANCE</u>**

                                                   :

VICENTE CARRILLO FUENTES,                           :

                                *Defendant.*                 :

                                                       :

-----------------------------------------------------------------X

       NOTICE IS HEREBY GIVEN that Defendant VICENTE CARRILLO

FUENTES appears in this action by STEVEN LYNCH, ESQ.

       I am an attorney duly admitted to practice in the courts of the State of New York,

and am a member of the Bar of this Court.


Dated:  New York, New York
         April 24, 2025


                                               _____

                                               STEVEN LYNCH, ESQ.
                                                125 Maiden Lane, Suite 5C
                                                New York, NY 10038
                                                Tel:  (212) 498-9494
                                                Email:  steven@stevenelynch.com