UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,  :

                *Plaintiff*,  :   **09 Cr. 522 (JMA)**

   - against -  :   **NOTICE OF APPEARANCE**

       :

VICENTE CARRILLO FUENTES,

                *Defendant.*  :

-----------------------------------------------------------------X

NOTICE IS HEREBY GIVEN that Defendant VICENTE CARRILLO FUENTES appears in this action by Leonardo M. Aldridge, ESQ.

I am an attorney duly admitted to practice in the courts of the State of New York and am a member of the Bar of this Court.

Dated: New York, New York
       June 4, 2025

                                      **S/Leonardo M. Aldridge**
                                      Leonardo M. Aldridge
                                      VIG Tower, Suite 1500
                                      1225 Ponce de Leon Ave.
                                      San Juan, PR 00907
                                      Tel: (787) 370-9024
                                      Email: leoaldridge@hotmail.com