BEFORE:  JOAN M. AZRACK  DATE:  6/24/2025 **(Brooklyn)**
UNITED STATES DISTRICT JUDGE  TIME:  11:00 AM (15 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO.   09-cr-522 (JMA)**

**FILED**
**CLERK**
6/24/2025 12:14 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Vincente Carillo Fuentes           DEF. #:  1**
☒ Present      ☐ Not present         ☒ Custody       ☐ Bail
**DEFENSE COUNSEL: Kenneth Montgomery, Leonardo Aldridge**
☐ Federal Defender         ☒ CJA           ☐ Retained

**AUSA: Erik Paulsen, Katherine Onyshko, Miranda Gonzalez**

INTERPRETER: Sean McCarthy

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Linda Marino          COURTROOM DEPUTY: LMP

☒    Case Called.       ☒    Counsel present for all sides.
☐    All parties consent to appear telephonically.
☐    Initial Appearance and Arraignment held.
☐    Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒    Waiver of speedy trial executed; time excluded from 6/24/2025 through 9/30/2025.
☐    Order setting conditions of release and bond entered.
☐    Permanent order of detention entered.
☐    Temporary order of detention entered.
     ☐ Detention hearing scheduled for .
☐    Bail hearing held.  Disposition:
☒    Next court appearance scheduled on 9/30/2025 at 11:00 AM before Judge Azrack in Courtroom 8D S of the Brooklyn Courthouse.

Defendant     ☐    Released on Bond      ☒    Remains in Custody.

OTHER: