

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

EDP/KPO
F. #2009R01035

September 25, 2025

By ECF

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Vicente Carrillo Fuentes
     Criminal Docket No. 09-522 (JMA)

Dear Judge Azrack:

  The government writes on behalf of the parties to respectfully request an adjournment of the September 30, 2025, status conference to November 19, 2025 at 12:30 p.m., and to exclude time under the Speedy Trial Act. The parties respectfully submit that an adjournment and the exclusion of time are in the interests of justice, because they will facilitate the production of discovery and afford the parties time to discus a potential resolution of the case. See 18 U.S.C. § 3161(h)(7)(A).

           Respectfully submitted,

           JOSEPH NOCELLA, JR.
           United States Attorney

       By:   /s/
           Erik D. Paulsen
           Katherine P. Onyshko
           Assistant U.S. Attorneys
           (718) 254-7000

cc: Clerk of Court (JMA) (by ECF)
   Counsel of Record (by ECF)