**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | MOTION FOR ADMISSION |
| -against- | PRO HAC VICE |
| VICENTE CARILLO FUENTES | 09 CR 522 (JMA) |
| *Defendant.* | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Ruben Oliva, Esq. hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Vicente Carillo Fuentes in the above-captioned action.

I am in good standing of the bar of the State of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 21st, 2025

Respectfully submitted,

**ROJAS & OLIVA, P.A.**
**Attorneys for the Defendant**
**Fountain Square**
**15800 Pines Boulevard**
**Suite 206**
**Pembroke Pines, FL 33027**
**(305) 373-6868**
**Oliva@RojasOliva.com**

By: _____
RUBEN OLIVA, ESQ.
F.B.N. 626074