```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :
                                             :
                                             :
                                             :
      - against -                            :        09 Cr 522 (JMA)
                                             :
                                             : MOTION TO BE RELIEVED AS
VICENTE CARRILLO FUENTES                     : COUNSEL
                                             :
                                             :
                         Defendant.          :
-------------------------------------------------------------X
```

PLEASE TAKE NOTICE, that upon the annexed affirmation of Kenneth J. Montgomery Esq., the undersigned moves this Court at the Eastern District of the New York, United States Courthouse at 225 Cadman Plaza East, Brooklyn, NY 11201, As the court is aware counsel was appointed as learned counsel as a result of the death eligible offenses along with the appointment of counsels Steven Lynch and Leo Aldridge. Since appointment the government has filed a letter memorializing their intent not to seek the death penalty and defendant has retained counsel. We ask that the court grant our request to withdraw as counsel so that Mr. Fuentes may have his counsel of choice.

                                              Kenneth J. Montgomery, Esq
                                              Law Office of Kenneth Montgomery
                                              396 Waverly Ave
                                              Brooklyn, New York 11238
                                              Tel: 917-770-5590
                                              Email: ken@kjmontgomerylaw.com

                                              Attorney for Vicente Carrillo Fuentes

DATED:    Brooklyn, New York
               November 17, 2025