BEFORE: JOAN M. AZRACK   **(Brooklyn)** DATE: 1/8/2026
UNITED STATES DISTRICT JUDGE   TIME: 11:30 AM (15 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**FILED**
**CLERK**

**DOCKET NO. 09-cr-522 (JMA)**

1/8/2026 12:23 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Vincente Carillo Fuentes**   **DEF. #: 1**
☒ Present   ☐ Not present   ☒ Custody   ☐ Bail
**DEFENSE COUNSEL: Ruben Oliva**
☐ Federal Defender   ☒ CJA   ☐ Retained

**AUSA: Erik Paulsen, Katherine Onyshko w/ HSI Agents Damian Mazzaferro, Dan Martinez**

INTERPRETER: Rosa Olivera (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Nicole Sesta   COURTROOM DEPUTY: LMP

☒ Case Called.   ☒ Counsel present for all sides.
☐ All parties consent to appear telephonically.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒ Waiver of speedy trial executed; time excluded from 1/8/2026 through 4/28/2026.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
  ☐ Detention hearing scheduled for  .
☐ Bail hearing held. Disposition:
☒ Next court appearance scheduled on 4/28/2026 at 11:00 AM before Judge Azrack in Courtroom 8D S of the Brooklyn Courthouse.

Defendant   ☐ Released on Bond   ☒ Remains in Custody.

OTHER: Curcio submission to be filed prior to the next status conference.