BEFORE: JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE

DATE: 7/28/2026  **(BK)**
TIME: 11:30 AM (15 min)

### CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO.  09-cr-522 (JMA)**

**FILED**
**CLERK**

7/28/2026 12:49 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Vincente Carillo Fuentes**          **DEF. #:  1**
☒ Present     ☐ Not present       ☒ Custody    ☐ Bail
**DEFENSE COUNSEL: Ruben Oliva**
☐ Federal Defender          ☐ CJA          ☒ Retained

**AUSA: Katherine Onyshko**

INTERPRETER:  Maristela Verastegui (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Charline Ross          COURTROOM DEPUTY: LMP

☒     Case Called.          ☒     Counsel present for all sides.
☐     All parties consent to appear telephonically.
☐     Initial Appearance and Arraignment held.
☐     Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒     Waiver of speedy trial executed; time excluded from 7/28/2026 through 10/20/2026.
☐     Order setting conditions of release and bond entered.
☐     Permanent order of detention entered.
☐     Temporary order of detention entered.
          ☐ Detention hearing scheduled for  .
☐     Bail hearing held.  Disposition:
☒     Next court appearance scheduled for 10/20/2026 at 11:00 AM before Judge Azrack in Courtroom 8D S of the Brooklyn Courthouse.

Defendant     ☐     Released on Bond     ☒     Remains in Custody.

OTHER: