ROJAS & OLIVA, P.A.
Fountain Square
15800 Pines Boulevard
Suite 206
Pembroke Pines, FL 33027
305-373-6868

October 20, 2026

The Honorable Joan M. Azrack
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

RE: *United States v. Vicente Carillo Fuentes*
Criminal Docket No. 09 CR 522 (JMA)

Dear Judge Azrack:

The above-referenced matter is scheduled for a status conference on October 21st, 2026, at 11:30 A.M. Counsel respectfully requests that this matter be reset for sixty (60) days to allow undersigned counsel to review the discovery with the defendant and continue discussions with the Government. Accordingly, counsel has conferred with the Assistant United States Attorneys, Erik David Paulsen, Esq., and Katherine Onyshko, Esq., who do not object to the requested continuance of the status conference.

Accordingly, the parties jointly request that the Court adjourn the status conference to the date proposed above. The parties respectfully request that the Court exclude the time from October 21st, 2026, until the next status conference. The parties submit that such an exclusion would serve the ends of justice in this matter and outweigh the best interests of the public and the defendant in a speedy trial pursuant to Title 18, United States Code, Section 3161(h)(7)(A), because it will allow the parties to continue their discussions as to the disposition of the case. The Government joins in this request.

Respectfully submitted,

Ruben Oliva, Esq.

cc: Erik David Paulsen, AUSA
Katherine Onyshko, AUSA